STATE OF CONNECTICUT *v.* DAVID MORALES (14243)

Landau, Schaller and Hennessy, Js.

Argued February 15—decision released March 12, 1996

*Patricia A. King*, for the appellant (defendant).

*Timothy J. Sugrue*, executive assistant state's attorney, with whom, on the brief, were *Michael Dearington*, state's attorney, and *Gary Nicholson*, assistant state's attorney, for the appellee (state).

PER CURIAM. This case is controlled by *State* v. *Cuffee*, 32 Conn. App. 759, 630 A.2d 621 (1993).

The judgment is affirmed.